# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

144564

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GLENN R. UNDERWOOD,
        Plaintiff-Appellant,

v

                                       SC: 144564
                                       COA: 298312
                                       Oakland CC: 2010-107861-CB

PATRICIA A. SELENT,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012                            _____

t0514                                                Clerk